UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DONQUIEL WILLIAM GRIFFIN**  **CIVIL ACTION**

**VERSUS**  **NO. 23-2479**

**ST. CHARLES PARISH**  **SECTION: D (4)**

## ORDER AND REASONS

The Court, having considered Plaintiff Donquiel William Griffin's 42 U.S.C. § 1983 Complaint,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves and adopts the Report and Recommendation as its opinion in this matter. In doing so, the Court notes that it has construed Plaintiff Donquiel William Griffin's *pro se* pleading liberally.[4]

**IT IS HEREBY ORDERED** that Plaintiff's 42 U.S.C. § 1983 claims against St. Charles Parish are **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) for his failure to prosecute.

New Orleans, Louisiana, November 15, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 3.
[2] R. Doc. 7.
[3] Objections were due November 1, 2023. Because Plaintiff is proceeding *pro se*, the Court has allowed additional time for objections. None have been filed as of the date of this Order.
[4] *See Coleman v. United States*, 912 F.3d 824, 828 (5th Cir. 2019).